UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHUCK LOUIS JARRELL | CIVIL ACTION |
| VERSUS | NO: 19-14707 |
| RANDY SEAL, SHERIFF, ET AL. | SECTION: "A" (4) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of United States Magistrate Judge Roby, and the failure of the Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge Roby and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the Plaintiff Chuck Louis Jarrell's 42 U.S.C. § 1983 claims against the Defendants are **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed.R.Civ.P. 41(b).

June 4, 2020

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE